David Bregman, Appellant, v. The Carleton Co., Inc., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

Hose-McCann Corp., Appellant, Respondent, v. Carl Pauluhn and Another, Respondents, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of Acquiring Title by the County of Nassau to an Easement in Perpetuity for Highway Purposes in and over Certain Portions of Hempstead-Farmingdale Road, Part I (Bethpage Turnpike), a County Highway in the Town of Hempstead, County of Nassau and State of New York, etc. Queens Park Gardens, Inc., Appellant; County of Nassau, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of Clifford H. Keep, Appellant, for an Order of Mandamus against The Board of Estimate and Apportionment of the City of New York, and Fiorello H. Laguardia and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.